Ann-Martha Andrews
State Bar No. 7585
E-mail: aandrews@lrrc.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949.8200
Fax: 702.949.8398

*Attorneys for Plaintiff Minnesota Life Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Minnesota Life Insurance Company,<br><br>             Plaintiff,<br><br>vs.<br><br>Tammy Weisberg, an individual; and Barbara Steele, as Personal Representative of the Estate of Eric Weisberg,<br><br>             Defendants. | NO. 2:15-CV-01820-GMN-NJK<br><br>**STIPULATION TO PERMIT PLAINTIFF TO DEPOSIT FUNDS AND TO DISMISS PLAINTIFF WITH PREJUDICE** |

In accordance with Federal Rule of Civil Procedure 22, plaintiff Minnesota Life Insurance Company ("MLIC") and defendants Tammy Weisberg ("Weisberg") and Barbara Steele as Personal Representative of the Estate of Eric Weisberg ("Steele") agree as follows:

(A)   Caesars Entertainment Corporation established and maintained a plan of life insurance for the benefit of its employees. Caesers funded its plan via a policy of life insurance issued by MLIC to Caesars (Policy No. 55044-G) ("the Policy").

(B)   The defendants' decedent, Eric Weisberg, was employed by Caesars at relevant times and was covered under the Policy.

(C)   Eric Weisberg died on November 14, 2013. As a result of Eric Weisberg's death, a death benefit of $211,000 became due and owing under the Policy.

(D)   The defendants disagree as to whom the death benefit should be paid.

(E)   MLIC is a mere stakeholder and claims no right to the death benefit at issue.

7373470_1

1 MLIC filed this interpleader action and is willing to deposit these benefits with the Clerk
2 of the Court. (Doc. # 1.) The defendants have each appeared in the interpleader action.
3 (Doc. # 10, 12.)

4 Whereupon, the parties stipulate that the Court shall enter an order as follows:

5 (1) MLIC shall deposit the $211,000 death benefit with the Clerk of the Court;

6 (2) Upon MLIC's deposit of the death benefit with the Clerk of the Court, MLIC
7 is and shall be dismissed from further liability for the life insurance benefits
8 that are the subject of this interpleader action;

9 (3) Upon MLIC's deposit of the death benefit with the Clerk of the Court,
10 Weisberg and Steele are permanently enjoined from bringing any claim or
11 action against MLIC relating to death benefit;

12 (4) Upon MLIC's deposit of the death benefit with the Clerk of the Court, MLIC
13 is dismissed from this action with prejudice, such dismissal to include all
14 counterclaims that have been stated or that could have been stated in the
15 lawsuit;

16 (5) Each party will bear its own attorneys' fees and costs associated with the
17 interpleader, which is resolved herein; the defendants reserve the right to claim
18 attorneys' fees and costs associated with pursuing their adverse claims to the
19 interplead fund.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ Ann-Martha Andrews*
Ann-Martha Andrews
Nevada Bar No. 7585
Lewis Roca Rothgerber Christie LLP
3993 Howard Hughes Pkwy, #600
Las Vegas, NV 89169
*Attorneys for Plaintiff Minnesota Life Insurance Company*

7373470_1

2

HUTCHISON & STEFFEN, LLC


By: */s/ Lynn N. Hughes (with permission)*
   Lynn H. Hughes
   Nevada Bar No. 6349
   Hutchison & Steffen, LLC
   Peccole Professional Park
   10080 West Alta Drive, Suite 200
   Las Vegas, Nevada 89145
   *Attorneys for Defendant Tammy Weisberg*


PICKARD PARRY PFAU


By: */s/ Zachariah B. Parry (with permission)*
   Zachariah B. Parry
   Nevada Bar No. 11677
   Pickard Parry Pfau
   10120 South Eastern Avenue, Suite 140
   Henderson, Nevada 89052
   *Attorneys for Defendant Barbara Steele*


**IT IS SO ORDERED**

Dated this ___10___ day of March, 2016.

_____
GLORIA M. NAVARRO, CHIEF JUDGE
UNITED STATES DISTRICT COURT