UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MINNESOTA LIFE INSURANCE COMPANY,<br>            Plaintiff(s),<br>vs.<br>TAMMY WEISBERG, et al.,<br>            Defendant(s). | Case No. 2:15-cv-01820-GMN-NJK<br><br>ORDER |

This is an interpleader action. *See* Docket No. 1. "In all interpleader actions, the plaintiff must file a motion requesting that the Court set a scheduling conference. The motion must be filed within thirty (30) days after the first defendant answers or otherwise appears." Local Rule 22-2. Failure to comply with this rule may result in the dismissal of the action. *Id.* An answer was filed in this case on February 17, 2016. *See* Docket No. 10. To date, no such motion for a scheduling conference has been filed. Accordingly, Plaintiff shall file the required motion no later than April 14, 2016. Failure to comply with this order will result in a recommendation of dismissal.

IT IS SO ORDERED.

DATED: April 8, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge