**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MINNESOTA LIFE INSURANCE COMPANY, )<br> )<br>Plaintiff(s), )<br> )<br>vs. )<br> )<br>TAMMY WEISBERG, et al., )<br> )<br>Defendant(s). )<br>_____ ) | Case No. 2:15-cv-01820-GMN-NJK<br><br>ORDER |

        Pursuant to Local Rule 22-2, Plaintiff has filed a motion for a scheduling hearing in this interpleader case. Docket No. 21. That motion is hereby **GRANTED** and a scheduling conference is **SET** for 3:00 p.m. on April 14, 2016, in Courtroom 3B.

        IT IS SO ORDERED.

        DATED: April 12, 2016

                                        _____
                                        NANCY J. KOPPE
                                        United States Magistrate Judge