UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MINNESOTA LIFE INSURANCE COMPANY, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> TAMMY WEISBERG, et al., ) <br> ) <br> Defendant(s). ) <br> ) | Case No. 2:15-cv-01820-GMN-NJK <br><br> ORDER <br><br> (Docket No. 24) |

Pending before the Court is Plaintiff's unopposed motion to appear telephonically at the scheduling conference set for April 14, 2016. Docket No. 24.[1] That motion is hereby **GRANTED**. Counsel shall appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

DATED: April 13, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] The motion indicates that the hearing is set to commence at 2:00 p.m., *see id.*, but counsel should note that it is actually set to commence at 3:00 p.m., *see* Docket No. 22.