Zachariah B. Parry, Esq.
Nevada Bar No.: 11677
PICKARD PARRY PFAU
10120 South Eastern Avenue, Suite 140
Henderson, Nevada 89052
702 910 4300 TEL
702 910 4303 FAX
zach@pickardparry.com

Attorneys for Defendant,
*Barbara Steele*

DISTRICT COURT

CLARK COUNTY, NEVADA

\* \* \*

| | |
|---|---|
| **Minnesota Life Insurance Company**, | Case No.: 2:15-cv-01820-GMN-NJK |
| Plaintiff, | |
| vs. | |
| **Tammy Weisberg**, an individual; and **Barbara Steele**, as personal representative for the Estate of Eric Weisberg; | **Stipulation and Order to Dismiss Without Prejudice** |
| Defendants. | |
| And all related matters. | |

In accordance with Federal Rule of Civil Procedure 41(a)(1), it is hereby stipulated and agreed by and between Plaintiff and Counter-defendant Minnesota Life Insurance Company, represented by Ann-Martha Andrews at LEWIS ROCA ROTHGERBER CHRISTIE LLP; and Defendant, Counter-claimant, Cross-Claimant, and Cross-defendant Tammy Weisberg, represented by Lynn H. Hughes at HUTCHISON & STEFFEN, LLC; and Defendant, Counter-claimant, Cross-claimant, and Cross-defendant Barbara Steel, represented by Zachariah B. Parry at PICKARD PARRY PFAU that this action by dismissed in its entirety, **without prejudice**,

1 reserving each party's right to bring their claims before another court, and each party
2 to bear their own costs and fees.

3 DATED this 21st day of April 2016.

PICKARD PARRY PFAU

Zachariah B. Parry, Esq.
Nevada Bar No.: 11677
10120 South Eastern Avenue, Suite 140
Henderson, Nevada 89052

Attorneys for Defendant,
*Barbara Steele*

DATED this 21st day of April 2016.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

*/s/ Todd D. Erb*

Ann-Martha Andrews, Esq.
Nevada Bar No. 7585
Todd D. Erb, Esq.
Nevada Bar No. 12203
3993 Howard Hughes Parkway, #600
Las Vegas, Nevada 89169

Attorneys for Plaintiff,
*Minnesota Life Insurance Company*

DATED this 21st day of April 2016.

HUTCHISON & STEFFEN, LLP

NV Bar # 13770
for

Lynn H. Hughes, Esq.
Nevada Bar No. 6349
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145

Attorneys for Defendant,
*Tammy Weisberg*

It is so ordered this  2  day of   May   2016.

_____
UNITED STATES DISTRICT COURT JUDGE

**PICKARD PARRY PFAU**

STIPULATION AND ORDER TO DISMISS